UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA GUERRERO, JEFFREY MATHEWS and JOSEPH CASTILLO, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br>vs.<br><br>MERRITT HEALTHCARE HOLDINGS, LLC d/b/a MERRITT HEALTHCARE ADVISORS,<br><br>　　　　　　　　　　Defendant. | Case No. 3:23-cv-00389<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO STAY CASE PENDING MEDIATION** |

  Representative Plaintiffs Jessica Guerrero, Jeffrey Mathews and Joseph Castillo ("Representative Plaintiffs") and Defendant Merritt Healthcare Holdings, LLC d/b/a Merritt Healthcare Advisors ("Defendant" or "Merritt") (Collectively, the "Parties") hereby stipulate as follows:

  WHEREFORE, Plaintiffs filed their Consolidated Complaint on July 26, 2023;

  WHEREFORE, Defendant filed its Motion to Dismiss on September 26, 2023, making Plaintiffs deadline to file an Opposition November 10, 2023;

  WHEREFORE, the Parties have agreed to mediate this case on December 21, 2023 with Hon. Wayne Andersen (Ret.);

  WHEREFORE, in order to preserve judicial resources, the Parties agree this matter should be stayed pending the outcome of the mediation.

SO STIPULATED:

Dated: October 26, 2023                **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

               By:     */s/ Erin Green Comite*
Erin Green Comite, Esq. (ct24886)
Anja Rusi, Esq. (ct30686)
156 S. Main St.
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
Email: ecomite@scott-scott.com


**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo, Esq. (ct27481)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

*Liaison Counsel for Plaintiffs and the Proposed Class*


**COLE & VAN NOTE**
Laura Van Note, Esq.(admitted *pro hac vice*)
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: lvn@colevannote.com


**LAUKAITIS LAW LLC**
Kevin Laukaitis, Esq. (admitted *pro hac vice*)
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462
Email: klaukaitis@laukaitislaw.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

DATED:  October 26, 2023		**WOOD, SMITH, HENNING & BERMAN LLP**

By: ___*/s/ Christopher J. Seusing*___
    Christopher J. Seusing (CT 30743)

**WOOD, SMITH, HENNING & BERMAN LLP**
33 Riverside Avenue, Suite 502
Westport, CT 06880
Telephone:(475) 755-7050
Email:cseusing@wshblaw.com

*Attorneys for Defendant MERRITT HEALTHCARE HOLDINGS, LLC, d/b/a MERRITT HEALTHCARE ADVISORS*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

_____
HON. MICHAEL P. SHEA
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that on October 26, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

                                                    s/ *Erin Green Comite*
                                                   Erin Green Comite