UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA GUERRERO, JEFFREY MATHEWS and JOSEPH CASTILLO, individually, and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br>vs.<br><br>MERRITT HEALTHCARE HOLDINGS, LLC d/b/a MERRITT HEALTHCARE ADVISORS,<br><br>     Defendant. | Case No. 3:23-cv-00389-MPS<br><br>Judge Michael P. Shea |

## JOINT STATUS REPORT

In accordance with the Court's October 27, 2023 Order Granting Joint Stipulation to Stay Case Pending Mediation (ECF No. 60), Representative Plaintiffs Jessica Guerrero, Jeffrey Mathews, and Joseph Castillo ("Plaintiffs") and Defendant Merritt Healthcare Holdings, LLC d/b/a Merritt Healthcare Advisors ("Merritt") (collectively, "Parties"), submit this joint report on the status of their mediation efforts.

On December 21, 2023, the Parties engaged in a full day of mediation facilitated by experienced mediator (Ret.) Judge Wayne Anderson. Through that process, the parties have reached an agreement in principle to resolve this action on a class-wide basis.

Accordingly, to preserve the Court's and Parties' resources and to allow the Parties to focus on finalizing the settlement agreement, Plaintiffs and Merritt respectfully request that the Court extend the stay of the case through February 1, 2024, pending submission and consideration of the Plaintiffs' anticipated Motion for Preliminary Approval of a Class Action Settlement.

Dated: December 29, 2023

*/s/ Christopher H. Seusing*
**WOOD, SMITH, HENNING & BERMAN LLP**
Christopher J. Seusing (CT 30743)
33 Riverside Avenue, Suite 502
Westport, CT 06880
Telephone:    (475) 755-7050
Email: cseusing@wshblaw.com

*Attorneys for Defendant MERRITT HEALTHCARE HOLDINGS, LLC, d/b/a MERRITT HEALTHCARE ADVISORS*

*/s/ Kevin Laukaitis*
**LAUKAITIS LAW LLC**
Kevin Laukaitis, Esq. (admitted *pro hac vice*)
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462
Email:klaukaitis@laukaitislaw.com

**COLE & VAN NOTE**
Laura Van Note, Esq.(admitted *pro hac vice*)
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:    (510) 891-9800
Facsimile:    (510) 891-7030
Email:  lvn@colevannote.com

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

**SCOTT + SCOTT ATTORNEYS AT LAW LLP**
Erin Green Comite, Esq. (ct24886)
Anja Rusi, Esq. (ct30686)
156 S. Main St.
P.O. Box 192
Colchester, CT 06415
Telephone:    (860) 537-5537
Facsimile:    (860) 537-4432
Email: ecomite@scott-scott.com

**SCOTT + SCOTT ATTORNEYS AT LAW LLP**
Joseph P. Guglielmo, Esq. (ct27481)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone:    (212) 223-6444
Facsimile:    (212) 223-6334

*Liaison Counsel for Plaintiffs and the Proposed Class*