**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JESSICA GUERRERO, JEFFREY MATHEWS, and JOSEPH CASTILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERRITT HEALTHCARE HOLDINGS, LLC, d/b/a MERRITT HEALTHCARE ADVISORS,<br><br>Defendant. | Case No. 3:23-cv-00389<br><br>**MOTION FOR EXTENSION OF STAY AND FOR PLAINTIFFS TO FILE A MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Michael P. Shea<br><br>January 26, 2024 |

Pursuant to Local Rule 7(b), Plaintiffs JESSICA GUERRERO, JEFFREY MATHEWS, and JOSEPH CASTILLO (collectively, "Plaintiffs"), by and through undersigned counsel, hereby move this Court for an extension of the stay of this action and for Plaintiffs to file a motion for preliminary approval of class action settlement by six weeks from February 1, 2024 to March 14, 2024.  This motion is based on good cause, as set forth herein:

1. Plaintiffs have conferred with Defendant MERRITT HEALTHCARE HOLDINGS, LLC, d/b/a MERRITT HEALTHCARE ADVISORS ("Defendant") (collectively with Plaintiffs, the "Parties") and Defendant does not oppose this motion.

2. On October 26, 2023, the Parties advised the Court that they agreed to mediate the case on December 21, 2023 and stipulated to a stay of the action pending the outcome of the mediation in order to preserve judicial resources.  ECF No. 59.

3. On October 27, 2023, the Court so ordered the stipulation, staying the action, and ordered the Parties to submit a status report on December 29, 2023.  ECF No. 60.

4. On December 29, 2023, the Parties advised the Court that they reached an

agreement in principle to resolve this action on a class-wide basis and requested that the Court extend the stay of this action through February 1, 2024, pending Plaintiffs' submission of their motion for preliminary approval of class action settlement. ECF No. 61.

5. The Parties have been working diligently and cooperatively to finalize the Settlement Agreement. Despite their diligent efforts, however, the Parties are still negotiating key provisions of the Settlement Agreement to ensure the requirements of Rule 23 are met. Furthermore, once the Settlement Agreement is finalized, Plaintiffs require time to draft the motion for preliminary approval of class action settlement. This effort also requires Plaintiffs to engage in a careful analysis of the Rule 23 requirements in order to best serve the interests of the proposed Settlement Class. Thus, there is good cause to continue the stay and the deadline for Plaintiffs to file their motion for preliminary approval of class action settlement.

6. This is the second request for an extension of the stay of this action and Plaintiffs' first request to extend the deadline to file a motion for preliminary approval of class action settlement.

7. This request is being filed at least three business days before the expiration of the current deadline for Plaintiffs to file a motion for preliminary approval of class action settlement, as required by Local Rule 7(b).

8. This motion is made in good faith and not for the purpose of hindrance or undue delay.

9. The Parties thus respectfully request that the Court (i) extend the stay of the action; and (ii) extend the deadline for Plaintiffs to file a motion for preliminary approval until March 14, 2024.

| | |
|---|---|
| Dated: January 26, 2024 | Respectfully submitted,<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br><br>s/ *Erin Green Comite*<br>Erin Green Comite (ct24886)<br>156 S. Main St.<br>P.O. Box 192<br>Colchester, CT 06415<br>Telephone: 860-537-5537<br>Facsimile: 860-537-4432<br>ecomite@scott-scott.com<br><br>*Liaison Counsel for Plaintiffs and the Proposed Classes*<br><br>Kevin Laukaitis (admitted *pro hac vice*)<br>**LAUKAITIS LAW LLC**<br>954 Avenida Ponce De Leon<br>Suite 205, #10518<br>San Juan, PR 00907<br>Telephone: (215) 789-4462<br>klaukaitis@laukaitislaw.com<br><br>Laura Van Note (admitted *pro hac vice*)<br>**COLE & VAN NOTE**<br>555 12th Street, Suite 1725<br>Oakland, CA 94607<br>Telephone: (510) 891-9800<br>lvn@colevannote.com<br><br>*Co-Lead Counsel for Plaintiffs and the Proposed Classes* |