# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA GUERRERO, JEFFREY MATTHEWS and JOSEPH CASTILLO, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>  v.<br><br>MERRITT HEALTHCARE HOLDINGS, LLC d/b/a MERRITT HEALTHCARE ADVISORS,<br><br>            Defendant. | Case No.: 3:23-cv-00389-MPS<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE PLAN** |

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs Jessica Guerrero, Jeffrey Mathews, and Joseph Castillo ("Plaintiffs"), on behalf of themselves and each member of the Settlement Class, move for entry of the Parties' agreed-upon [Proposed] Order Preliminarily Approving Settlement, submitted herewith, which will provide for: (i) preliminary approval of the settlement; (ii) preliminary certification of Settlement Class; (iii) approval of the form and manner of giving notice of the settlement to the Settlement Class; and (iv) a hearing date and time to consider final approval of the settlement and related matters. This motion is based on the accompanying memorandum of law, the attached Stipulation of Settlement and its exhibits, the Declaration of Kevin Laukaitis, and all prior pleadings and proceedings herein. Defendants do not oppose this motion.

Dated: April 19, 2024                                                 **LAUKAITIS LAW LLC**

                                                                      By:    */s/ Kevin Laukaitis*
                                                                                Kevin Laukaitis, Esq. (admitted *pro hac vice*)
                                                                                954 Avenida Ponce De Leon

Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462
Email: klaukaitis@laukaitislaw.com

Laura Van Note, Esq. (admitted *pro hac vice*)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: lvn@colevannote.com

*Co-Lead Counsel for Representative Plaintiffs and the Proposed Class(es)*

Erin Green Comite, Esq. (ct24886)
Anja Rusi, Esq. (ct30686)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main St.
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
Email: ecomite@scott-scott.com

Joseph P. Guglielmo, Esq. (ct27481)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

*Liaison Counsel for Representative Plaintiffs and the Proposed Class(es)*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 19, 2024, a copy of the foregoing was filed electronically with the Clerk of Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

                                                               */s/ Kevin Laukaitis*
                                                               Kevin Laukaitis