UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA GUERRERO, JEFFREY MATTHEWS and JOSEPH CASTILLO, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>MERRITT HEALTHCARE HOLDINGS, LLC d/b/a MERRITT HEALTHCARE ADVISORS,<br><br>                Defendant. | Case No.: 3:23-cv-00389-MPS<br><br>**DECLARATION OF KEVIN LAUKAITIS IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE PLAN** |

      I, Kevin Laukaitis, being competent to testify, make the following declaration based on my personal knowledge, and where stated, upon information and belief. I declare:

      1.      I am currently a partner of the law firm Laukaitis Law LLC. I am one of the lead attorneys for Plaintiff and seek appointment as Class Counsel for the proposed Settlement Class. I submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so. A true and correct copy of the Settlement Agreement ("Agreement") is attached hereto as **Exhibit 1**. Included with the Agreement are the following sub-exhibits:

                **Exhibit A:**    **Short Form Notice**

                **Exhibit B:**    **Long Form Notice**

                **Exhibit C:**    **Claim Form**

Also attached hereto as **Exhibit 2** is a **Proposed Preliminary Approval Order.**

## EXPERIENCE OF COUNSEL

2. The attorneys seeking to be named Class Counsel in this matter have extensive experience in class action litigation generally and data breach class action litigation in particular. Courts have recognized Plaintiffs' counsel's experience in complex class litigation and their skilled and effective representation.

3. True and correct copies of resumes for Interim Class Counsel are attached hereto as Exhibits 2-4.

## MEDIATION & SETTLEMENT

4. After agreeing to mediate, but prior to the mediation session, the Parties engaged in informal discovery to help facilitate resolution discussions.

5. On December 21, 2023, the Parties engaged in a mediation session overseen by the experienced Hon. Wayne R. Andersen (Ret.) of JAMS. After a successful full-day mediation session, the Parties were able to reach an agreement in principle, which if approved by the Court, will resolve all claims in the litigation.

6. The Parties then worked toward drafting and finalizing the proposed Settlement Agreement for a settlement class of over 85,000 individuals.

7. The Parties obtained quotes from several claims administrators and agreed that Digital Settlement, LLC would best serve as the settlement's Claims Administrator.

8. The Parties continued drafting and finalizing the Settlement Agreement and proposed exhibits, and the Settlement Agreement was fully executed by all Parties as of April 19, 2024.

9. The negotiations leading to the settlement were contentious and hard-fought, with Plaintiffs' Counsel and Defendant's Counsel each advocating for the best interests of the Class

and Defendant, respectively. The resulting settlement reflects an agreement reached at arm's length, in good faith, and free of any collusion. Based upon their independent analysis, and recognizing the risks of continued litigation, counsel for Plaintiffs believe that the proposed settlement is fair, reasonable, and adequate, and is in the best interest of Plaintiffs and the proposed Settlement Class.

## NOTICE

10.     Given the relationship between Defendant and the Settlement Class Members, the prior round of pre-lawsuit notification regarding the Incident, and the Claims Administrator's robust address checking programs, the Parties are confident in the accuracy of the proposed notice program. The Parties selected Digital Settlement, LLC from the proposals submitted by four claims and notice administrators and after reviewing their competing proposals. The Parties propose a robust, state-of-the-art notice program, developed with Digital Settlement, LLC's assistance, that includes direct notice to Settlement Class Members via U.S. mail and email which will include an electronic link to the Claims Form. Plaintiffs understand from Defendant that it has mailing addresses for the entire Settlement Class. Digital Settlement, LLC will also establish a dedicated Settlement Website through which Settlement Class members can access case documents and obtain more detailed information about the Settlement, including important deadlines, such as the date for opting out or objecting to the Settlement. The Settlement Website will also permit Settlement Class Members to complete or file Claim Forms on-line online through a simple process. Digital Settlement, LLC shall also set-up a toll-free number that will provide assistance via IVR, and will ensure that the IVR has a Spanish language component, and that relevant case documents are translated and made available in Spanish as well. The proposed notice program also provides sufficiently detailed notice. The notice defines the Settlement Class; explains all

Settlement Class members' rights, the Parties' releases, and the applicable deadlines; and describes in detail the injunctive and monetary terms of the Settlement, including the procedures for allocating and distributing Settlement funds among the Settlement Class members. It will plainly indicate the time and place of the Fairness Hearing, and it plainly explains the methods for objecting to, or opting out of, the Settlement. It details the provisions for payment of Attorneys' Fees and Expenses and class representative Service Awards, and it provides contact information for Plaintiffs' Counsel.

## EFFORT OF COUNSEL

11. Plaintiffs' counsel engaged in a thorough pre-suit investigation and significant informal discovery prior to settlement, which informed their understanding of the case's merits.

12. Plaintiffs' Co-Lead Interim Class Counsel's negotiating strategy benefited from the information obtained from Defendant's public disclosures, their independent investigation, and the pre-mediation information requests. Plaintiffs' counsel had sufficient information at their disposal before agreeing to a mediator's proposal and thus were able to balance the benefits of settlement against the risks of litigation.

13. Skilled and experienced counsel engaged in adversarial negotiations for each of the parties. Defendant is represented by counsel with extensive experience in privacy and data security law, and with complex class litigation generally. Settlement negotiations took several months and included mediation on December 21, 2023, which resulted in an excellent monetary settlement for the Class.

## FAIRNESS OF SETTLEMENT

14. Plaintiffs' counsel—attorneys with considerable experience in assessing the strengths and weaknesses of data breach cases—are well-informed about the strengths and risks

of the claims, as well as their value. It is the opinion of counsel that the Settlement is reasonable and fair. Plaintiffs' counsel weighed the risks against the hypothetical value of their claims and, ultimately, secured a substantial monetary award of $1,525,000.00.

15. The Settlement resolves a complex class action—previously, three separate class actions—that have been and would continue to be costly to litigate through trial.

16. There are no other agreements that would modify any term of the Settlement.

17. Plaintiffs have no interests in conflict with the Settlement Class, as they are equally interested in obtaining relief for Defendant's alleged misconduct and ensuring that Defendant reforms its business practices. Further, throughout the pendency of this action, Plaintiffs have adequately and vigorously represented their fellow Class Members. They have spent time assisting their counsel, including by reviewing pleadings, answering counsel's questions, and aiding with settlement.

\* \* \* \* \*

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct, and that this declaration was executed in San Juan, Puerto Rico on this 19th day of April 2024.

/s/ *Kevin Laukaitis*
Kevin Laukaitis