**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JESSICA GUERRERO, JEFFREY MATTHEWS and JOSEPH CASTILLO, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>MERRITT HEALTHCARE HOLDINGS, LLC d/b/a MERRITT HEALTHCARE ADVISORS,<br><br>          Defendant. | Case No.: 3:23-cv-00389-MPS<br><br>**SUPPLEMENTAL DECLARATION OF KEVIN LAUKAITIS IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, AND APPROVAL OF NOTICE PLAN** |

I, Kevin Laukaitis, being competent to testify, make the following declaration based on my personal knowledge, and where stated, upon information and belief. I declare:

1.     I am currently a partner of the law firm Laukaitis Law LLC. I am one of the lead attorneys for Plaintiff and seek appointment as Class Counsel for the proposed Settlement Class. I submit this supplemental declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2.     Resumes for the attorneys seeking to be named Interim Class Counsel were referenced in the original Declaration of Kevin Laukaitis filed on April 19, 2024 (see ECF 67-2, ¶ 3), but were inadvertently excluded from that Declaration.

3.     This Declaration serves to correct this mistake and attach true and correct copies for Interim Class Counsel as follows:

       **Exhibit A:**    **Scott + Scott**

**Exhibit B:**     **Laukaitis Law LLC**

**Exhibit C:**     **Cole & Van Note**

\*     \*     \*     \*     \*

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct, and that this declaration was executed in San Juan, Puerto Rico on this 23rd day of April 2024.

<u>/s/ *Kevin Laukaitis*</u>
Kevin Laukaitis