## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA GUERRERO, JEFFREY MATTHEWS and JOSEPH CASTILLO, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>     v.<br><br>MERRITT HEALTHCARE HOLDINGS, LLC d/b/a MERRITT HEALTHCARE ADVISORS,<br><br>                Defendant. | Case No.: 3:23-cv-00389-MPS<br><br>**NOTICE OF FILING OF CORRECTED EXHIBITS TO MOTION FOR PRELIMINARY APPROVAL** |

PLEASE TAKE NOTICE that Pursuant to the Court's May 1, 2024 Order (ECF No. 73), and the telephonic conference held on the same day, Plaintiffs hereby file the following corrected exhbiits and proposed order submitted in connection with the filed Motion for Preliminary Approval of Class Settlement, Preliminary Certification of Settlement Class, and Approval of Notice Plan:

1. Exhibit A to the Settlement Agreement: Short Form Notice;

2. Exhibit C to the Settlement Agreement: Claim Form; and

3. Exhibit 2 to the Declaration of Kevin Laukaitis: Proposed Order on Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, Preliminary Certification of Settlement Class, and Approval of Notice Plan.

Dated: May 8, 2024                      **LAUKAITIS LAW LLC**

                                        By:    */s/ Kevin Laukaitis*
                                                Kevin Laukaitis, Esq. (admitted *pro hac vice*)
                                                954 Avenida Ponce De Leon

Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462
Email: klaukaitis@laukaitislaw.com

Laura Van Note, Esq. (admitted *pro hac vice*)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email: lvn@colevannote.com

*Co-Lead Counsel for Representative Plaintiffs and the Proposed Class(es)*

Erin Green Comite, Esq. (ct24886)
Anja Rusi, Esq. (ct30686)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main St.
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
Email: ecomite@scott-scott.com

Joseph P. Guglielmo, Esq. (ct27481)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334

*Liaison Counsel for Representative Plaintiffs and the Proposed Class(es)*

2