**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JESSICA GUERRERO and JEFFREY MATHEWS, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>MERRITT HEALTHCARE HOLDINGS, LLC, d/b/a MERRITT HEALTHCARE ADVISORS,<br><br>  Defendant. | Case No. 3:23-cv-00389<br><br>**NOTICE OF POSTING OF HEARING TRANSCRIPT ON SETTLEMENT WEBSITE**<br><br><br>Hon. Michael P. Shea<br><br><br>June 14, 2024 |

PLEASE TAKE NOTICE that pursuant to the Court's May 14, 2024 Order (ECF No. 80), Plaintiffs, by and through undersigned counsel, hereby notify the Court that the hearing transcript of the telephonic status conference held on May 1, 2024 is posted on the Settlement Website, www.merrittprivacysettlement.com.[1]

Dated: June 14, 2024

Respectfully submitted,

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

s/ *Erin Green Comite*
Erin Green Comite (ct24886)
156 S. Main St.
P.O. Box 192
Colchester, CT 06415
Telephone: 860-537-5537
Facsimile:  860-537-4432
ecomite@scott-scott.com

*Liaison Counsel for Plaintiffs and the Settlement Class*

---

[1] The link to the landing page where all key case documents are uploaded is: www.merrittprivacysettlement.com/claim/documents. The direct link to the hearing transcripts is: https://www.merrittprivacysettlement.com/assets/uploads/240501__guerrero_v_merritt__tsc_1_1718117317.pdf.

Kevin Laukaitis (admitted *pro hac vice*)
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462
klaukaitis@laukaitislaw.com

Laura Van Note (admitted *pro hac vice*)
**COLE & VAN NOTE**
555 12th Street, Suite 1725
Oakland, CA 94607
Telephone: (510) 891-9800
lvn@colevannote.com

*Co-Lead Counsel for Plaintiffs and the Settlement Class*