## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA GUERRERO, JEFFREY MATHEWS, and JOSEPH CASTILLO, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>MERRITT HEALTHCARE HOLDINGS, LLC, d/b/a MERRITT HEALTHCARE ADVISORS,<br><br>                    Defendant. | Case No. 3:23-cv-00389<br><br>**MOTION FOR EXTENSION OF TIME *NUNC PRO TUNC* FOR PLAINTIFFS TO FILE A MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hon. Michael P. Shea<br><br><br>July 30, 2024 |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B) and Local Civil Rule 7(b), Plaintiffs, by and through undersigned co-lead counsel, hereby move this Court for an extension of time *nunc pro tunc* of one day to July 30, 2024 for Plaintiffs to file a motion for final approval of class action settlement.  This motion is based on good cause, as set forth herein:

1.      Plaintiffs have conferred with Defendant Merritt Healthcare Holdings, LLC, d/b/a Merritt Healthcare Advisors ("Defendant") (collectively with Plaintiffs, the "Parties") and Defendant does not oppose this motion.

2.      On May 14, 2024, the Court entered an order granting Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, Preliminary Certification of Settlement Class, and Approval of Notice Plan ("Preliminary Approval Order").  ECF No. 80.

3.      The Preliminary Approval Order set various deadlines, including the deadline for filing papers in support of final approval of the Settlement ("Final Approval Motion") and for Plaintiffs' Counsel's application for attorneys' fees and expenses ("Fee Motion").  *Id*., ¶16.  The deadlines calculated in accordance with the Preliminary Approval Order are as follows:

a.    Notice Date – June 13, 2024;

b.    Deadline to file Final Approval Motion and Fee Motion – July 29, 2024;

c.    Deadline for Settlement Class Members to file claims, objections, or requests for exclusion – August 12, 2024;

d.    Deadline for Settlement Administrator to file report to the Court – October 1, 2024;

e.    Deadline for the Parties to file any responses to any objections and supplemental pleadings on the status of the claims process – October 1, 2024; and

f.    Fairness Hearing – October 15, 2024.

*Id*.

4.    A Court may grant a motion to extend time after the deadline if the motion shows proof of good cause and if the failure to act timely was the result of excusable neglect.  Fed. R. Civ. P. 6(b)(1)(B).

5.    Plaintiffs failed to file the Final Approval Motion as a result of excusable neglect. Specifically, Plaintiffs' counsel calendared the deadline to file the Fee Motion, which should have indicated both the Fee Motion and the Final Approval Motion were due on July 29, 2024. However, the calendar entry only listed the Fee Motion, and Plaintiffs' counsel mistakenly thought the Final Approval Motion was not due for some time, given that the date for the Fairness Hearing is still approximately three month away.  Plaintiffs are filing the Final Approval Motion concurrently with the instant motion.

6.    There is good cause to extend the deadline one day to July 30, 2024 for Plaintiffs to file the Final Approval Motion, as neither Defendant nor Settlement Class Members will be prejudiced by this one-day extension of time for the following reasons:

a.      Defendant does not oppose the requested one-day extension of time.

b.      Plaintiffs have complied with all other Settlement-related deadlines.

c.      On April 19, 2024, the Settlement was filed as an exhibit (ECF No. 67-3) to Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement, Preliminary Certification of Settlement Class, and Approval of Notice Plan (ECF No. 67) ("Preliminary Approval Motion").   After the Court entered the Preliminary Approval Order, the Settlement Administrator disseminated Notice to Settlement Class Members and posted the Settlement on the Settlement Website on June 11, 2024.  *See* Declaration of Mark Schey re: Class Notice and Settlement Administration ("Schey Decl.") (filed concurrently with the Final Approval Motion), ¶¶7, 10.  Thus, Settlement Class Members have had adequate time to object, opt out, or file a claim by the August 12, 2024 deadline set in the Preliminary Approval Order.  *See* Preliminary Approval Order, ¶16.

d.      On July 29, 2024, Plaintiffs filed their Fee Motion.  ECF No. 83.  On July 30, 2024, the Settlement Administrator posted the Fee Motion on the Settlement Website. *See* Schey Decl., ¶11. Thus, Settlement Class Members will have adequate time, until August 12, 2024 as set forth in the Preliminary Approval Order, to object to the Fee Motion. *See* Preliminary Approval Order, ¶16.

e.      Finally, the Fairness Hearing will not be held for more than three months, and thus, Settlement Class Members have adequate time to attend the Fairness Hearing, if they so desire.  *Id*.

7.      This is Plaintiffs' first request to extend the deadline to file the Final Approval Motion.

8.      This request is not being filed at least three business days before the expiration of

the current deadline for Plaintiffs to file the Final Approval Motion, as required by Local Rule 7(b).

9.      This motion is made in good faith and not for the purpose of hindrance or undue delay.

10.     Plaintiffs thus respectfully request that the Court extend the deadline for Plaintiffs to file the Final Approval Motion until July 30, 2024.

Dated: July 30, 2024                    Respectfully submitted,
                                        **COLE & VAN NOTE**

                                        s/ *Laura Van Note*
                                        Laura Van Note (admitted *pro hac vice*)
                                        555 12th Street, Suite 1725
                                        Oakland, CA 94607
                                        Telephone: (510) 891-9800
                                        lvn@colevannote.com

                                        Kevin Laukaitis (admitted *pro hac vice*)
                                        **LAUKAITIS LAW LLC**
                                        954 Avenida Ponce De Leon
                                        Suite 205, #10518
                                        San Juan, PR 00907
                                        Telephone: (215) 789-4462
                                        klaukaitis@laukaitislaw.com

                                        *Co-Lead Counsel for Plaintiffs and the Settlement Class*

                                        Erin Green Comite (ct24886)
                                        **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                                        156 S. Main St.
                                        P.O. Box 192
                                        Colchester, CT 06415
                                        Telephone: 860-537-5537
                                        Facsimile:  860-537-4432
                                        ecomite@scott-scott.com

                                        *Liaison Counsel for Plaintiffs and the Settlement Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on July 30, 2024, I caused to be filed the foregoing document electronically using the Court's electronic case filing (ECF) system, which will automatically send a notice of electronic filing to the email addresses of all counsel of record.

*/s/ Pablo Chong Herrera*
Pablo Chong Herrera
