# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA GUERRERO, JEFFREY MATTHEWS and JOSEPH CASTILLO, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERRITT HEALTHCARE HOLDINGS, LLC d/b/a MERRITT HEALTHCARE ADVISORS,<br><br>Defendant. | Case No.: 3:23-cv-00389-MPS<br><br>**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, FINAL CERTIFICATION OF SETTLEMENT CLASS** |

Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs Jessica Guerrero and Jeffrey Mathews, seek (i) final approval of the settlement; and (ii) final certification of Settlement Class. This motion is based on the accompanying memorandum of law, the Joint Declaration of Laura Van Note and Kevin Laukaitis, and all prior pleadings and proceedings herein. Defendant does not oppose this motion.

Dated: July 30, 2024

By:    /s/ Laura Van Note

Laura Van Note, Esq. (admitted pro hac vice)
COLE & VAN NOTE
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
Email:    lvn@colevannote.com

Kevin Laukaitis, Esq. (admitted pro hac vice)
LAUKAITIS LAW LLC
954 Avenida Ponce De Leon
Suite 205, #10518

1

San Juan, PR 00907
Telephone: (215) 789-4462
Email: klaukaitis@laukaitislaw.com

Co-Lead Counsel for Representative Plaintiffs and the Proposed Class(es)

Erin Green Comite, Esq. (ct24886)
Anja Rusi, Esq. (ct30686)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
156 S. Main St.
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537 Facsimile: (860) 537-4432
Email: ecomite@scott-scott.com

Joseph P. Guglielmo, Esq. (ct27481)
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444 Facsimile: (212) 223-6334

Liaison Counsel for Representative Plaintiffs and the Proposed Class(es)

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2024, a copy of the foregoing was filed electronically with the Clerk of Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

/s/ Pablo Chong Herrera
Pablo Chong Herrera