# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA GUERRERO, JEFFREY MATTHEWS and JOSEPH CASTILLO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MERRITT HEALTHCARE HOLDINGS, LLC d/b/a MERRITT HEALTHCARE ADVISORS, <br><br> Defendant. | Case No.: 3:23-cv-00389-MPS <br><br> **PLAINTIFF JESSICA GUERREO'S DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL** |

I, Jessica Guerrero, declare as follows:

1.      I am a named Plaintiff in the above-captioned litigation. I submit this Declaration in Support of Plaintiffs' Motion for Final Approval. The following facts are based upon my personal knowledge and if called upon to do so, I could, and would, competently testify thereto. I reside in Hampton, Virginia.

2.      On or around March 14, 2023, I received notice of the Data Incident concerning Merritt Healthcare Holdings, LLC d/b/a Merritt Healthcare Advisors ("Merritt" or "Defendant"). After I received notice, I conducted some research concerning the Data Incident and ultimately sought out and spoke with experienced attorneys to determine if I would retain them to handle my case. My attorneys spent significant time communicating with me about the facts of this case and the law, including what was involved in being a Class Representative. In the end, I decided to vindicate not only my own rights, but also those of others affected by the Merritt Data Incident, by serving as a Plaintiff and proposed Class Representative in this class action lawsuit. Instrumental in my decision to be a Class Representative was my own desire to provide recourse to a proposed Class of other individuals whose personal information was compromised in the Data

Incident. Since agreeing to serve as a Plaintiff, I have diligently and faithfully fulfilled my obligation, and I was instrumental in achieving the relief obtained for the Class.

3.      I have participated in this litigation from its inception through settlement discussions. I have been in regular contact with my attorneys during the course of this matter.

4.       Among other things, I have spent time researching the facts of the Data Incident, my rights and those of the Class in bringing this lawsuit, speaking with and communicating with my attorneys, gathering documents and information requested by my attorneys, and reviewing documents filed in this action.

5.      I am familiar with the work involved in prosecuting this action and have worked with my attorneys to obtain the relief provided by the settlement. Throughout this litigation, I made myself available to discuss developments in the case as part of my duty as a Class Representative. All in all, I have devoted much time and attention to this case.

6.      I have fairly represented the absent Class Members and herein request that the Court approve this settlement. I have maintained the best interests of the Class while performing my Class Representative duties and I am unaware of any conflicts that would prevent me from serving as a Class Representative.

7.      Class Counsel have fairly and adequately represented the interests of the Class and have demonstrated their valuable experience and qualifications in conducting the pending litigation. They are experienced in prosecuting class actions such as this and have successfully prosecuted numerous class actions in recent years, recovering hundreds of millions of dollars for class members across the country. They have continued to provide fair and vigorous representation for the Class in this matter.

8.      By serving as a Class Representative in this action, I bore a certain amount of risk that other Class Members did not. In addition to the time I spent participating in the prosecution of this

case, I took a risk by coming forward and filing this class action, putting my personal information into the public sphere once again. I was willing to participate in this case through the discovery process, depositions, and through trial if there had not been a settlement. As a result of my stepping forward and conducting a pre-suit investigation, Class Members will receive the benefits of the settlement to compensate them for the injuries directly and proximately caused by Defendant's failure to implement or maintain adequate data security measures to safeguard personally identifiable information ("PII") and protected health information ("PHI") from unauthorized access and disclosure.

9.      Based on the foregoing, I respectfully request that this Court award me a Service Award of $2,500.00.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the State of Virginia and the laws of the United States of America that the foregoing is true and correct.

Executed this ____8/1/2024____ in Hampton, Virginia.

Jessica Guerrero

3