UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA GUERRERO and JEFFREY MATTHEWS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>MERRITT HEALTHCARE HOLDINGS, LLC d/b/a MERRITT HEALTHCARE ADVISORS,<br><br>    Defendant. | Case No.: 3:23-cv-00389-MPS<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' MOTION TO AMEND ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION TO CORRECT ERRATA** |

Plaintiffs Jeffrey Matthews and Jessica Guerrero ("Plaintiffs"), on behalf of themselves and all others similarly situated, by and through their attorneys, respectfully move this Court to amend this Court Judgment Granting Final Approval of Class Action to Correct Errata ("Motion"). This Motion is made pursuant to Federal Rule of Civil Procedure 60(a). Defendant does not object to the relief requested in this Motion. Plaintiffs submit the Declaration of Laura Van Note and a supporting Memorandum of Law in Support of this Motion.

Dated: October 29, 2024          **COLE & VAN NOTE**

               By:   /s/ *Laura Grace Van Note*
                   Laura Van Note, Esq. *
                   **COLE & VAN NOTE**
                   555 12th Street, Suite 2100
                   Oakland, California 94607
                   Telephone: (510) 891-9800
                   Facsimile: (510) 891-7030
                   Email: lvn@colevannote.com

**LAUKAITIS LAW LLC**

Kevin Laukaitis, Esq. *
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462
Email: klaukaitis@laukaitislaw.com

*Co-Lead Class Counsel for Plaintiffs and the Settlement Class*
*Admitted *Pro Hac Vice*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

Erin Green Comite, Esq. (CT S.B. # 24886)
Anja Rusi, Esq. (ct30686)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main St.
P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
Email: ecomite@scott-scott.com

Joseph P. Guglielmo, Esq. (CT S.B. # 27481)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: jguglielmo@scott-scott.com

*Liaison Counsel for Plaintiffs and the Settlement Class*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 29, 2024, a copy of the foregoing was filed electronically with the Clerk of Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

*/s/Laura Van Note*
Laura Van Note, Esq.
