UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA GUERRERO and JEFFREY MATHEWS, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br>v.<br><br>MERRITT HEALTHCARE HOLDINGS, LLC d/b/a MERRITT HEALTHCARE ADVISORS,<br><br>                Defendant. | Case No. 3:23-cv-00389-MPS<br><br>**CLASS ACTION**<br><br>**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO AMEND ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION TO CORRECT ERRATA** |

## I.   INTRODUCTION

This is a class action that arose from an incident whereby Plaintiffs Jessica Guerrero and Jeffrey Mathews ("Plaintiffs") allege an unauthorized third-party was able to gain access to Defendant's ("Merritt") computer network, which Defendant first discovered on or about November 30, 2022, and remove certain files containing sensitive information stored therein. After the parties reached a settlement, this Court granted preliminary approval of the settlement on April 25, 2024. (Doc. 69) Notice was duly provided to the Settlement Class and Plaintiffs filed an unopposed Motion for Final Approval on July 30, 2024. (Doc. 85) The Court then held a final approval hearing on October 15, 2024. (Doc. 91) At the hearing, the Court requested that the parties provide a revised proposed order. (Doc. 91) The revised proposed Order was filed on October 21, 2024 (Doc. 94) and judgment was entered on October 25, 2024. (Doc. 95, "the Judgment")

Following entry of Judgment, Class Counsel realized that the Judgment contained errata, namely an incorrect description of the Settlement Class.

The Judgment as presently entered, currently describes the Settlement Class as follows: "All individuals within the United States whose name and personal payment card information was

potentially exposed to unauthorized third-parties as a result of the Data Security Incident that occurred between approximately February to October of 2021."

The **correct definition** of the Settlement Class, as described in the Settlement Agreement and preliminarily approved by the Court (Doc. 80) is as follows: **"All individuals within the United States of America whose PHI/PII and/or financial information was exposed to unauthorized third parties as a result of the data breach discovered by Defendant on November 30, 2022.**

**Excluded from the Settlement Class are (i) any judge or magistrate judge presiding over this Action, members of their staff, and members of their immediate families; (ii) the Released Parties; (iii) persons who properly execute and file a timely request for exclusion from the Settlement Class; (iv) persons whose claims in this matter have been finally adjudicated on the merits or otherwise released; (v) counsel for Merritt; and (vi) the legal representatives, successors, and assigns of any such excluded persons."** (Doc. 80, ¶1).

Class Counsel regrets the error. Pursuant to Federal Rule of Civil Procedure 60(a), Plaintiffs file this Motion to Amend the Judgment.

## II. ARGUMENT

Federal Rule of Civil Procedure 60(a) states: "The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice." Here, the Court entered Judgment on this matter on October 25, 2024 (Doc. 95), and Plaintiffs promptly seek amendment of the Judgment to correct errata. A corrected Judgment is included with this Motion.

## III. CONCLUSION

Plaintiffs respectfully request the Court enter the amended Judgment granting final approval and certifying the Settlement Class for settlement purposes.

Dated: October 29, 2024          **COLE & VAN NOTE**

         By:    /s/ *Laura Grace Van Note*
         Laura Van Note, Esq. *
         **COLE & VAN NOTE**
         555 12th Street, Suite 2100
         Oakland, California 94607
         Telephone: (510) 891-9800
         Facsimile: (510) 891-7030
         Email:      lvn@colevannote.com

**LAUKAITIS LAW LLC**

Kevin Laukaitis, Esq. *
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 789-4462
Email: klaukaitis@laukaitislaw.com

*Co-Lead Class Counsel for Plaintiffs and the Settlement Class*
*Admitted *Pro Hac Vice*

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

Erin Green Comite, Esq. (CT S.B. # 24886)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main St., P.O. Box 192
Colchester, CT 06415
Telephone: (860) 537-5537
Facsimile: (860) 537-4432
Email: ecomite@scott-scott.com

Joseph P. Guglielmo, Esq. (CT S.B. # 27481)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
Email: jguglielmo@scott-scott.com

*Liaison Counsel for Plaintiffs and the Settlement Class*

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 29, 2024, a copy of the foregoing was filed electronically with the Clerk of Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

*/s/Laura Van Note*
Laura Van Note, Esq.