# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA GUERRERO JEFFREY MATTHEWS, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>MERRITT HEALTHCARE HOLDINGS, LLC d/b/a MERRITT HEALTHCARE ADVISORS,<br><br>　　　　　　Defendant. | Case No. 3:23-cv-00389-MPS<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO AMEND ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION TO CORRECT ERRATA** |

　　　This matter came before this Court pursuant to Federal Rules of Civil Procedure Rule 60(a). Having carefully considered the briefs, argument of counsel and all matters presented to the Court and good cause appearing, the Court hereby **GRANTS** Plaintiffs' Motion. The Court separately enters the revised Order and Judgment attached as Exhibit 1 to the Declaration of Laura Van Note.

　　　DONE AND ORDERED in on this ____ day of _____, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE MICHAEL P. SHEA