# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA GUERRERO and JEFFREY MATHEWS, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MERRITT HEALTHCARE HOLDINGS, LLC, d/b/a MERRITT HEALTHCARE ADVISORS,<br><br>　　　　　Defendant. | Case No. 3:23-cv-00389<br><br>**NOTICE OF FILING OF THE DECLARATION OF MARK SCHEY REGARDING THE POST-DISTRIBUTION ACCOUNTING OF DIGITAL SETTLEMENT, LLC.**<br><br>Hon. Michael P. Shea<br><br>March 3, 2025 |

　　　　PLEASE TAKE NOTICE that Plaintiffs hereby submit the Post-Distribution Accounting of Digital Settlement, LLC, as set forth in the Declaration of Mark Schey of Digital Settlement, LLC, in accordance with the Court's orders and applicable settlement procedures.

Dated: March 3, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

　　　　　　　　　　　　　　　　　　　　s/ *Erin Green Comite*
　　　　　　　　　　　　　　　　　　　　Erin Green Comite (ct24886)
　　　　　　　　　　　　　　　　　　　　156 S. Main St.
　　　　　　　　　　　　　　　　　　　　P.O. Box 192
　　　　　　　　　　　　　　　　　　　　Colchester, CT 06415
　　　　　　　　　　　　　　　　　　　　Telephone: 860-537-5537
　　　　　　　　　　　　　　　　　　　　Facsimile:  860-537-4432
　　　　　　　　　　　　　　　　　　　　ecomite@scott-scott.com

　　　　　　　　　　　　　　　　　　　　*Liaison Counsel for Plaintiffs and the Settlement Class*

　　　　　　　　　　　　　　　　　　　　Kevin Laukaitis (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　**LAUKAITIS LAW LLC**
　　　　　　　　　　　　　　　　　　　　954 Avenida Ponce De Leon
　　　　　　　　　　　　　　　　　　　　Suite 205, #10518

San Juan, PR 00907
Telephone: (215) 789-4462
klaukaitis@laukaitislaw.com

Laura Van Note (admitted *pro hac vice*)
**COLE & VAN NOTE**
555 12th Street, Suite 1725
Oakland, CA 94607
Telephone: (510) 891-9800
lvn@colevannote.com

*Co-Lead Counsel for Plaintiffs and the Settlement Class*