UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESSICA GUERRERO and JEFFREY MATTHEWS, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>   v.<br><br>MERRITT HEALTHCARE HOLDINGS, LLC d/b/a MERRITT HEALTHCARE ADVISORS,<br><br>               Defendant. | Case No.: 3:23-cv-00389-MPS |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER DIRECTING CY PRES DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS**

Plaintiffs Jessica Guerrero and Jeffrey Matthews ("Plaintiffs"), on behalf of themselves and all others similarly situated, by and through their attorneys, respectfully move this Court enter an Order authorizing and directing the distribution of the remaining balance of the Net Settlement Fund to the National Cybersecurity Society ("NCSS") as a *cy pres* recipient. A memorandum of law in support thereof and proposed Order is attached.

Dated: June 26, 2025

Respectfully submitted,

*/s/ Kevin Laukaitis*
Kevin Laukaitis
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

Laura Van Note
**COLE & VAN NOTE**

555 12th Street, Suite 2100
Oakland, California 94607
T: (510) 891-9800
F: (510) 891-7030
lvn@colevannote.com

*Co-Lead Class Counsel for Plaintiffs and the Settlement Class*

Erin Green Comite, Esq. (ct24886)
Anja Rusi, Esq. (ct30686)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 S. Main St.
P.O. Box 192
Colchester, CT 06415
T: (860) 537-5537
F: (860) 537-4432
ecomite@scott-scott.com
arusi@scott-scott.com

Joseph P. Guglielmo, Esq. (ct27481)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
T: (212) 223-6444
F: (212) 223-6334
jguglielmo@scott-scott.com

*Liaison Counsel for Plaintiffs and the Settlement Class*