**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JESSICA GUERRERO and JEFFREY MATTHEWS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERRITT HEALTHCARE HOLDINGS, LLC, d/b/a MERRITT HEALTHCARE ADVISORS,<br><br>Defendant. | Case No. 3:23-cv-00389<br><br>Judge: Hon. Michael P. Shea |

## ORDER

Plaintiffs Jessica Guerrero and Jeffrey Matthews and Defendant Merritt Healthcare Holdings, LLC d/b/a Merritt Healthcare Advisors have requested entry of an order approving the National Cybersecurity Society ("NCSS") as *cy pres* recipient of the residual settlement funds. Upon considering the Motion, the Court grants the same.

**IT IS HEREBY ORDERED AND ADJUDGED** that NCSS is approved as *cy pres* recipient. It is further ORDERED that the Court-approved claims administrator shall distribute all residual settlement funds to NCSS as the designated *cy pres* beneficiary.

SO ORDERED on 7th day of July, 2025.

/s/ MICHAEL P. SHEA

HONORABLE MICHAEL P. SHEA
UNITED STATES DISTRICT JUDGE